UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2©
**NOVLET LAWRENCE**
**ATTORNEY AT LAW**
**60 Evergreen Place, Suite 312**
**East Orange, NJ 07018**
**Phone:  (973) 677-3330**
 **(973) 677-3375**
**lawrencenovlet@aol.com**
Attorney for Debtor

IN RE: SHEREEN ALLI
    Debtor

Order Filed on July 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.  **19-17540-JKS**

Judge JKS
Chapter 13
Hearing Date:

# ORDER GRANTING MOTION TO IMPOSE
# THE AUTOMATIC STAY BEYOND 30 DAYS

The relief set forth on the following pages, numbered two (2) through 2 is hereby ORDERED.

**DATED: July 9, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

DEBTOR: Shereen Alli
Case No. **19-17540-JKS**

**ORDER GRANTING MOTION TO IMPOSE THE AUTOMATIC STAY BEYOND 30 DAYS**

  **THIS MATTER** having been brought before the Court by the debtor, Shereen Alli via her attorney, Novlet Lawrence, attorney on a Motion seeking to Impose The Automatic Stay Beyond 30 Days as to all creditors, and there being no objection, it is hereby

  **ORDERED** that the Automatic Stay as to all creditors is hereby Imposed Beyond 30 Days, effective from the date of the filing of the petition, April 14, 2019.