UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2©
**NOVLET LAWRENCE**
**ATTORNEY AT LAW**
**60 Evergreen Place, Suite 312**
**East Orange, NJ 07018**
**Phone:  (973) 677-3330**
 **(973) 677-3375**
**lawrencenovlet@aol.com**
Attorney for Debtor

IN RE: SHEREEN ALLI
        Debtor

Case No.  **19-17540-JKS**

Judge JKS
Chapter 13
Hearing Date:

Order Filed on July 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING MOTION TO IMPOSE
## THE AUTOMATIC STAY BEYOND 30 DAYS

The relief set forth on the following pages, numbered two (2) through 2 is hereby ORDERED.

**DATED: July 9, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2 of 2
DEBTOR: Shereen Alli
Case No. **19-17540-JKS**

**ORDER GRANTING MOTION TO IMPOSE THE AUTOMATIC STAY BEYOND 30 DAYS**

**THIS MATTER** having been brought before the Court by the debtor, Shereen Alli via her attorney, Novlet Lawrence, attorney on a Motion seeking to Impose The Automatic Stay Beyond 30 Days as to all creditors, and there being no objection, it is hereby

**ORDERED** that the Automatic Stay as to all creditors is hereby Imposed Beyond 30 Days, effective from the date of the filing of the petition, April 14, 2019.

United States Bankruptcy Court
District of New Jersey

In re:  
Shereen Alli  
    Debtor

Case No. 19-17540-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 09, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.  
db         +Shereen Alli,    66 Stewart Avenue,    Irvington, NJ 07111-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:  
            Denise E. Carlon     on behalf of Creditor    HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
            Marie-Ann  Greenberg    magecf@magtrustee.com  
            Novlet M Lawrence     on behalf of Debtor Shereen  Alli lawrencenovlet@gmail.com, lawrencenovlet@aol.com  
            Rebecca Ann Solarz     on behalf of Creditor    HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2 rsolarz@kmllawgroup.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                      TOTAL: 5