UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Novlet Lawrence, Esq.
60 Evergreen Place, Suite 312
East Orange, NJ  07018
(973)677-3330 PH
(973)677-3375 FAX
lawrencenovlet@aol.com

Order Filed on October 20, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Shereen Alli
        Debtor

Case No.:    19-17540 JKS

Chapter:    13

Judge:    JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 20, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____6/19/2019_____ :

Property:    66 Stewart Avenue, Irvington, NJ 07111

Creditor:    HSBC Bank National Association as Trustee for MASTER

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____December 30, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2