UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Novlet M Lawrence, Esq,
60 Evergreen Place, Suite 312 East Orange, NJ  07018
(973) 677-3330
Fax : (973) 677-3375
Email: lawrencenovlet@aol.com

Order Filed on January 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
SHEREEN ALLI
  Debtor

Case No.: 19-17540JKS

Chapter: 13

Judge: JKS

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 24, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  6/19/19 :

Property:  66 STEWART AVENUE, IRVINGTON, NJ 07111

Creditor:  HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  DEBTOR , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  3/30/2020 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:  
Shereen Alli  
       Debtor

Case No. 19-17540-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin               Page 1 of 1                  Date Rcvd: Jan 24, 2020
                         Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2020.
db         +Shereen Alli,   66 Stewart Avenue,   Irvington, NJ 07111-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:

     Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Marie-Ann Greenberg    magecf@magtrustee.com
     Novlet M Lawrence    on behalf of Debtor Shereen  Alli lawrencenovlet@gmail.com, lawrencenovlet@aol.com
     Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2 rsolarz@kmllawgroup.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5