UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on January 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

SHEREEN ALLI

Case No.:  19-17540 JKS

Hearing Date:  1/23/2020

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: January 29, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): SHEREEN ALLI

Case No.: 19-17540

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 01/23/2020 on notice to NOVLET M LAWRENCE ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 2/13/2020 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must pay $250.00 to the Trustee's office by 1/27/2020 or the case will be dismissed with attorney consent to no further notice or hearing; and it is further

- ORDERED, that if satisfied, the Motion will be adjourned to 2/13/2020 at 10:00 AM.