Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−17540−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shereen Alli
   66 Stewart Avenue
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−9408

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/14/20 at 10:00 AM

to consider and act upon the following:

*57* − Application for Extension of Loss Mitigation Period. Filed by Novlet M Lawrence on behalf of Shereen Alli. Objection deadline is 4/6/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Lawrence, Novlet)

*58* − Objection to Extension of the Loss Mitigation Period (related document:57 Application for Extension of Loss Mitigation Period. Filed by Novlet M Lawrence on behalf of Shereen Alli. Objection deadline is 4/6/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Shereen Alli) filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005−2. (Attachments: # 1 Exhibit "A" # 2 Certificate of Service) (Carlon, Denise)

Dated: 4/7/20

                                                                        Jeanne Naughton
                                                                        Clerk, U.S. Bankruptcy Court