UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with
D.N.J.LBR 9004-1

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Secured Creditor*

Order Filed on June 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Shereen Alli,

Debtor.

Chapter: 13

Case No.: 19-17450-JKS

Judge: John K. Sherwood

### ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Specialized Loan Servicing, LLC, as servicing agent for HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2 ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

X Real property more fully described as:

**66 Stewart Avenue, Irvington Town, NJ 07111**

It is further **ORDERED** that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Shereen Alli  
      Debtor

Case No. 19-17540-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 17, 2020  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2020.  
db            +Shereen Alli,    66 Stewart Avenue,    Irvington, NJ 07111-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Novlet M Lawrence    on behalf of Debtor Shereen Alli lawrencenovlet@gmail.com, lawrencenovlet@aol.com  
         Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2 rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                         TOTAL: 6