Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 19−17540−JKS
                              Chapter: 13
                              Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shereen Alli
   66 Stewart Avenue
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−9408

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/4/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 4, 2020
JAN: mg

                                                                     Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Shereen Alli
     Debtor

Case No. 19-17540-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Aug 04, 2020
                       Form ID: 148     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
```
db              +Shereen Alli,    66 Stewart Avenue,     Irvington, NJ 07111-1725
cr              +Specialized Loan Servicing LLC,    P.O. Box 340514,    Tampa, FL 33694-0514
518313530       +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518181755        Office of the Sheriff,    Foreclosure Department,    Armando B. Fontoura, Sheriff,
                 Essex County Veterans Courthouse,    Newark, NJ 07102
518181754        Specialized Loan Servicing,    PO Box 630147,    Litttleton, CO 80163-0147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2020 23:10:23      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2020 23:10:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518294298        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2020 23:17:44
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518603207*      +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           MASTR Reperforming Loan Trust 2005-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Novlet M Lawrence    on behalf of Debtor Shereen  Alli lawrencenovlet@gmail.com,
           lawrencenovlet@aol.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           MASTR Reperforming Loan Trust 2005-2 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```